# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

Bronnenberg
v.
Eggar

Case No. 19-8055

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for Beau J. Eggar, in his individual capacity as to all Federal Law claims and in all capacities as to all State Law claims._, in the subject case(s).

Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

X    There are no such parties, or any such parties have heretofore been disclosed to the court.

| | |
|---|---|
| Adrian Kowalski | Michael J. McGrady |
| Name of Counsel | Name of Counsel |
| | |
| /s/Adrian Kowalski | /s/ Michael J. McGrady |
| Signature of Counsel | Signature of Counsel |
| | |
| 2320 Capitol Avenue, Cheyenne, WY 82002 | 2320 Capitol Avenue, Cheyenne, WY 82002 |
| 307-777-7580 2320 | 307-777-7495 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| | |
| adrian.kowalski@wyo.gov | mike.mcgrady1@wyo.gov |
| E-Mail Address | E-Mail Address |

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date)  September 9, 2019 via (state method of service) U.S. Mail                .

to Tami M. Bronnenberg                              /s/ Adrian Kowalski
(*See* Fed. R. App. P. 25(b))                       (Signature)

**A-5**  Entry of Appearance Form 10/09