Scanned by
US Marshal

CERTIFIED MAIL

7018 1130 0001 3613 3424

U.S. Ct. of Appeals
for the 10th Cir.
Office of the Clerk
Byron White U.S. Ct. house
1823 Stout Street
Denver, Co. 80257

Tami Brennenberg
P.O. Box 802
Cody, Wy. 82414