**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert  
Clerk of Court

July 09, 2020

Jane K. Castro  
Chief Deputy Clerk

Mr. Stephan Harris
United States District Court for the District of Wyoming
Office of the Clerk
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001-0000

**RE:**     **19-8055, Bronnenberg v. Egger, et al**
Dist/Ag docket: 2:19-CV-00021-SWS

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's June 16, 2020 judgment takes effect this date.

Please contact this office if you have questions.

                                                                                                Sincerely,

                                                                                                Christopher M. Wolpert
                                                                                                Clerk of the Court

cc:      Tami Mae Bronnenberg
           Adrian K. Kowalski
           Michael McGrady

CMW/lg